IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : Case No. 3:15-cr-13-KRG-KAP
WILLIE G. GULLEY, JR., : (Case No. 3:18-cv-178-KRG-KAP)
      Movant :

Memorandum Order

The motion to vacate at ECF no. 45 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with 28 U.S.C.§ 636 and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on September 13, 2018 at ECF no. 46 recommending that the motion to vacate be dismissed.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Movant filed a content-free objection at ECF no. 47.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following judgment order is entered:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 3:15-cr-13-KRG-KAP |
| WILLIE G. GULLEY, JR., | : (Case No. 3:18-cv-178-KRG-KAP) |
| Movant | : |

JUDGMENT ORDER (see Fed.R.Civ.P. 58(b)(1)(C))

AND NOW, this 21st day of September 2018, it is

ORDERED that the motion to vacate at ECF no. 45 is denied without a certificate of appealability. The Report and Recommendation at ECF no. 46 is adopted as the opinion of the Court. The Clerk shall mark the civil case closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Willie G. Gulley Jr., 18-00722
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931