IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CASE No. 3:05-cr-16 |
| | ) | (CASE No. 3:21-cv-32) |
| v. | ) | |
| | ) | JUDGE KIM R. GIBSON |
| WILLIE GENE GULLEY, | ) | |
| | ) | |
| Movant. | ) | |

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CASE No. 3:15-cr-13 |
| | ) | (CASE No. 3: 21-cv-45) |
| v. | ) | |
| | ) | JUDGE KIM R. GIBSON |
| WILLIE GENE GULLEY, | ) | |
| | ) | |
| Movant. | ) | |

## MEMORANDUM ORDER

Movant Willie Gene Gulley ("Gulley") filed two motions to vacate, one concerning Case No. 3:05-cr-16-KRG-KAP, (ECF No. 264), and one concerning Case No. 3:15-cr-13-KRG-KAP, (ECF No. 64). The motions were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on March 17, 2021, recommending that the motions be summarily denied. Case No. 3-05-cr-16-KRG-KAP (ECF No. 262); Case No. 3:15-cr-13-KRG-KAP (ECF No. 65).

The parties were notified that pursuant to 28 U.S.C. § 636(b)(1), they had

fourteen days to file written objections to the Report and Recommendation. Movant filed objections on March 26, 2021. Case No. 3:05-cr-16-KRG-KAP (ECF No. 263); Case No. 3:15-cr-13-KRG-KAP (ECF No. 66).

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the Court finds the objections are without merit. The Court will accept in whole the findings and recommendations of the Magistrate Judge in this matter.

The following order is entered:

AND NOW, this 26th day of October, 2021, it is **ORDERED** that the motions to vacate are **DENIED**. The Report and Recommendation is adopted as the opinion of the Court. The Clerk is to mark the civil cases at 3:21-cv-32-KRG-KAP and 3:21-cv-45-KRG-KAP closed.

BY THE COURT:

_____
THE HONORABLE KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Willie Gene Gulley, Jr. #18-00722
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931